1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,
12 |         Plaintiff,                                No. 2:13-cr-0057-TLN
13 |     v.
14 | OGANES SEROBYAN,                          **RELATED CASE ORDER**
15 |         Defendant.
16 |_____/
   | UNITED STATES OF AMERICA,
17 |         Plaintiff,                                No. 2:13-cr-0246-JAM
18 |     v.
19 | OGANES SEROBYAN,
20 |         Defendant.
21 |_____/
22     The parties have stipulated that the above-entitled actions are related within the meaning
23 of Local Rule 123(a).  Examination of the above-entitled actions reveals that they are related
24 because the actions involve the same defendant, the sole defendant in both cases, involve some
25 of the same witnesses, and the investigations overlapped.  Therefore, these cases would entail a
26 substantial duplication of labor if heard by different judges.
27     Accordingly, the assignment of the matters to the same judge is likely to effect a
28 substantial savings of judicial effort and is also likely to be convenient for the parties.

1  The parties should be aware that relating the cases under Local Rule 123 merely has the
2 result that these actions are assigned to the same judge; no consolidation of the actions is
3 effected.  Under the regular practice of this court, related cases are generally assigned to the
4 judge to whom the first filed action was assigned.

5  IT IS THEREFORE ORDERED that the action denominated 2:13-cr-0246-JAM is
6 reassigned to Judge Troy L. Nunley for all further proceedings, and any dates currently set in the
7 reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the
8 reassigned case shall be shown as **2:13-cr-0246-TLN**.

9  IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
10 assignment of the criminal case to compensate for this reassignment.

11  IT IS SO ORDERED.
12 DATED: August 12, 2013

_____
Troy L. Nunley
United States District Judge