**FILED**
August 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OGANES SEROBYAN,<br><br>Defendant. | CASE NUMBER: 2:13-cr-00246-TLN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Oganes Serobyan</u>; Case <u>2:13-cr-00246-TLN</u> from custody and for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

<u>X</u>   Unsecured Appearance Bond in the amount of <u>$150,000.00 cosigned by Garen Shameyan, Yester Gazdijian, Sarkis Artunyan, Ashot Ogansyan, and Hamlet Serobyan</u>

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

<u>X</u>   (Other) <u>Pretrial Supervision/Conditions as stated on the record.</u>

Issued at <u>Sacramento, CA</u> on <u>Aug 15</u> at <u>2:15 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge
(Issued on 8/15/2013)

SPECIAL CONDITIONS OF RELEASE
Re: Serobyan, Oganes
Docket No.: 2:13-CR-0246 JAM
August 1, 2013

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall obtain no passport during the pendency of this case;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You shall not be employed in any position of fiduciary responsibility; and

13. You shall not open any new lines of credit or bank accounts without the approval of Pretrial Services.