1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NOS.  2:13-CR-057 TLN
                                                      2:13-CR-246 TLN
12                      Plaintiff,
                                           STIPULATION REGARDING EXCLUDABLE
13         v.                              TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                           FINDINGS AND ORDER
14  OGANES SEROBYAN,

15                      Defendant.

16

17
                                   STIPULATION
18
           Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19
    through defendant's counsel of record, hereby stipulate as follows:
20
           1.      By previous order, these related cases were set for status on January 9, 2014.
21
           2.      By this stipulation, defendant now moves to continue the status conference until February
22
    6, 2014, and to exclude time between January 9, 2014, and February 6, 2014, at 9:30 a.m., under Local
23
    Code T4.
24
           3.      The parties agree and stipulate, and request that the Court find the following:
25
           a)      The government has represented that the discovery associated with these cases
26
    includes investigative reports and related documents in electronic form, including photographic
27
    and video evidence, as well as voluminous financial records.  All of this discovery has been
28
    either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME                 1
PERIODS UNDER SPEEDY TRIAL ACT

b)      Counsel for defendant desires additional time to consult with his client, to review the current charges and conduct investigation and research related to the charges and potential sentencing issues, and to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2014 to February 6, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 6, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ MICHELE BECKWITH
MICHELE BECKWITH
Assistant United States Attorney

Dated:  January 6, 2014

/s/ John Duree
JOHN DUREE
Counsel for Defendant
Oganes Serobyan

1

2
**FINDINGS AND ORDER**

3
IT IS SO FOUND AND ORDERED this 7th day of January, 2014.

4

5

6

7
_____

8
Troy L. Nunley
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT