1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NOS.  2:13-CR-057 TLN
                                                  2:13-CR-246 TLN
12                    Plaintiff,
                                        STIPULATION REGARDING EXCLUDABLE
13         v.                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                        FINDINGS AND ORDER
14  OGANES SEROBYAN,

15                    Defendant.

16

17

18                          **STIPULATION**

19         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21         1.      By previous order, these related cases were set for status on March 20, 2014.

22         2.      By this stipulation, defendant now moves to continue the status conference until May 29,

23  2014, at 9:30 a.m., and to exclude time between March 20, 2014, and May 29, 2014, under Local Code

    T4.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with these cases

26  includes investigative reports and related documents in electronic form, including photographic

27  and video evidence, as well as voluminous financial records.  All of this discovery has been

28  either produced directly to counsel and/or made available for inspection and copying.

1    b)    Counsel for defendant desires additional time to consult with his client, to review

2    the current charges and conduct investigation and research related to the charges and potential

3    sentencing issues, and to otherwise prepare for trial.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11   f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of March 20, 2014 to May 29, 2014,

13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14   because it results from a continuance granted by the Court at defendant's request on the basis of

15   the Court's finding that the ends of justice served by taking such action outweigh the best interest

16   of the public and the defendant in a speedy trial.

17   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

18   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19   must commence.

20   IT IS SO STIPULATED.

21

22   Dated:  March 13, 2014                          BENJAMIN B. WAGNER
                                                      United States Attorney

23

24                                                   /s/ MICHELE BECKWITH
                                                     MICHELE BECKWITH

25                                                   Assistant United States Attorney

26

27

28

Dated:  March 13, 2014

/s/ John Duree

JOHN DUREE
Counsel for Defendant
Oganes Serobyan

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of March, 2014.

Troy L. Nunley
United States District Judge